COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROCIO VIVIANA MONCADA FLORES, | § | No. 08-23-00020-CR |
| Appellant, | § | Appeal from the |
| v. | § | 218th Judicial District Court |
| THE STATE OF TEXAS, | § | of La Salle County, Texas |
| Appellee. | § | (TC#21-09-00051-CRL) |

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's "Withdrawal of Notice of Appeal," which we construe as a voluntary motion to dismiss the appeal.[1] *See* TEX. R. APP. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). Appellant represents in the motion that she no longer wishes to pursue this appeal. Along with the signature of her attorney, the motion also bears Appellant's signature on its face. We have not yet issued an opinion in this case. Accordingly, we dismiss the appeal. TEX. R. APP. P. 42.2(a).

GINA M. PALAFOX, JUSTICE

May 5, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.